**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



### NOTICE OF ORDER ON MOTION

Cause number:          01-15-00775-CV

Style:                   Adriene Sibley

                       **v.** Seminole Pipeline Company, LLC

Date motion filed*:      September 14, 2015

Type of motion:        Motion to correct the names of the parties to the appeal

Party filing motion:     Appellant, Adriene Sibley

Document to be filed:   Motion to Correct

If motion to extend time:

       Deadline to file document:         n/a

       Number of previous extensions granted:   n/a

       Length of extension sought:       n/a

Ordered that motion is:

       ☑     Granted
             If document is to be filed, document due: **n/a**

            ☐   The Clerk is instructed to file the document as of the date of this order
            ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐     Denied

       ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

   **Enterprise Products Operating, LLC, First Call Field Service Corp., and TDW Services are hereby added to this court's records as appellees in this appeal. It is so ORDERED.**

Judge's signature: /s/ Michael Massengale

                Justice Michael Massengale

                ☑ Acting individually

Date: September 17, 2015